# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M13 | E1103072 | S. Bechara | 2510 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 07/25/2022 2100
Offense Charged: ☒ CFR ☐ USC ☐ State Code — 36 CFR 2.4(a)(1)(iii)
Place of Offense: Kelly Camp, North Lake McDonald Road

Offense Description: Factual Basis for Charge — Discharge Firearm

HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: TODD
First Name: JESSE
MI: P

[Street Address and other defendant info redacted]

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE

Court Address: 164 Mather Drive, West Glacier, MT 59936
Date: 09/26/22
Time: 0900

X Defendant Signature: _____

Original - CVB Copy

*E1103072*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____.

_____
_____
_____
_____
_____

The foregoing statement is based upon:
☐ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____ _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 08/01/2022 14:8